IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE E. MURDOCK, JR.,<br><br>Defendant. | CASE NO.<br><br>JUDGE  2:20 cr 138<br><br>INDICTMENT    Judge Morrison<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 AUG 19 PM 2:53
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

THE GRAND JURY CHARGES:

COUNT 1
(Felon in Possession of a Firearm)

1. On or about June 24, 2020, in the Southern District of Ohio, the defendant, **RONNIE E. MURDOCK, JR.**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Bushmaster XM15-E2S 5.56mm NATO semi-automatic rifle bearing serial number L231028, and ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Foreperson
**FOREPERSON**

**DAVID M. DeVILLERS**
United States Attorney

_____
**KEVIN W. KELLEY**
Assistant U.S. Attorney